Rod Danielson
Chapter 13 Trustee
3787 University Avenue
Riverside, CA 92501
Tel. (951) 826-8000, Fax (951) 826-8090

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 6:12-bk-15170-SY |
| | CHAPTER 13 |
| MARK JOSEPH OCCHIPINTI | |
| JOYCE ANN OCCHIPINTI | JUDGE SCOTT H. YUN |
| DEBTORS | NOTICE OF FINAL CURE PAYMENT |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** BSI FINANCIAL SERVICES

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
|  | XXXXXX3114 | $48,377.21* | $48,377.21 | $48,377.21 |
| Total Amount Paid by Trustee | | | | $48,377.21 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit      **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

*If no claim was filed this figure represents debtor's estimated debt.

CASE NO. 6:12-bk-15170-SY

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 6th day of December, 2018.

MARK JOSEPH OCCHIPINTI, JOYCE ANN OCCHIPINTI, 39277 VIA CURVADO, MURRIETA, CA 92563

CASTILLO LAW FIRM, 145 E. ROWLAND STREET, SUITE A, COVINA, CA  91723

BSI FINANCIAL SERVICES, PO BOX 679002, DALLAS, TX  75267-9002

Vericrest Financial, PO Box 619063, Dallas, TX  75261

ELECTRONIC SERVICE - United States Trustee

Date:  December 06, 2018                                                        /s/ Rod Danielson
                                                                                                    Rod Danielson
                                                                                                    Chapter 13 Trustee